UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

   v.

ANTONIO CRUZ,

        Defendant.

Case No. 15-cr-00285-PCP-6

**ORDER TO SHOW CAUSE; SETTING BRIEFING SCHEDULE**

Re: Dkt. No. 1134

On May 8, 2025, defendant Antonio Cruz moved to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Dkt. No. 1134. On May 28, 2025, I ordered that counsel be appointed for him under the Criminal Justice Act for this limited purpose. Dkt. No. 1137. The original pro se motion is still pending and has not been amended. Under the Federal Rules Governing Section 2255 Proceedings, I have conducted a preliminary review of Cruz's motion. *See* FED. R. GOVERNING § 2255 PROCEEDINGS 4(b).

I cannot say, on the face of the motion, that it "plainly appears . . . that the moving party is not entitled to relief." FED. R. GOVERNING § 2255 PROCEEDINGS 4(b). If Cruz wishes to file an amended petition now that he is represented by counsel, he shall do so by July 7, 2025. Whether or not an amended petition is filed, the respondent is ORDERED to file a response by August 7, 2025. Cruz shall file a traverse by September 8, 2025.

**IT IS SO ORDERED.**

Dated: June 3, 2025

                                                        P. Casey Pitts
United States District Judge